IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, et al.., <br><br> Plaintiffs, <br><br> v. <br><br> MORTIMER HOWARD TRUST, et al., <br><br> Defendants. | No. C 09-04780 JSW <br><br> **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Saundra B. Armstrong to determine whether it is related to *Park Village Apartments Tenants Assoc. v. Mortimer Howard Trust*, N.D. Civ. No. 06-07389.

**IT IS SO ORDERED.**

Dated: October 7, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Judge Saundra B. Armstrong