BAY AREA LEGAL AID
LISA GREIF, State Bar No. 214537
NAOMI YOUNG, State Bar No. 105041
ROBERT P. CAPISTRANO, State Bar No. 70382
1735 Telegraph Avenue
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       bcapistrano@baylegal.org

NATIONAL HOUSING LAW PROJECT
JAMES R. GROW, State Bar No. 83548
614 Grand Avenue, Suite 320
Oakland, California 94610
Telephone: 510-251-9400
Facsimile: 510-451-2300
Email: jgrow@nhlp.org

Attorneys for Plaintiffs PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, FOSTER, et al.

**E-FILED**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, WILLIAM FOSTER, SHIRLEY SMITH, ISABEL ALLEMAN, FRED ALLEN, CHI CHUNG, VIRGINIA CHUNG, ANAHID ISSAHAKIAN, PATRICIA JOHNSON, MARTIN KOCH, LAWRENCE LEE, KWAN NG, FOSTER REUBEN, MARIA LILLIAN SANCHEZ, CHRISTINE THOMAS, ALISON WRIGHT and CORNELIUS WEEKLEY,<br><br>  Plaintiffs,<br><br>v.<br><br>MORTIMER HOWARD TRUST, MORTIMER R. HOWARD,<br><br>  Defendants. | Case No. 09-4780 SBA<br><br><br>STIPULATION REGARDING CONSENT TO REFER CASE TO A MAGISTRATE JUDGE; (PROPOSED) ORDER |

Stipulation Regarding Consent to a Magistrate; (Proposed) Order - 1
CASE #: C-09-4780 SBA

1  Whereas, the parties to this action, by and through their counsel in this action, met and
2  conferred by telephone on February 4, 2010 pursuant to instruction from the Court at the Case
3  Management Conference held on February 3, 2010 to consider and designate a Magistrate for all
4  purposes; and
5  Whereas, the parties request this case be assigned to Magistrate Judge Elizabeth LaPorte;
6  and
7  IT IS THEREFORE STIPULATED by and between the parties, subject to Court
8  approval, that this case will be reassigned to Magistrate Judge Elizabeth LaPorte.

BAY AREA LEGAL AID
Lisa S. Greif
Naomi Young
Robert Capistrano

NATIONAL HOUSING LAW PROJECT
James R. Grow

Dated:  February 5, 2010

/s/ Lisa S. Greif
———————————————
Lisa S. Greif
Attorneys for Plaintiffs

Dated:  February 5, 2010

/s/ Edward M. Higginbotham
———————————————
Edward M. Higginbotham
Attorney for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: February 5, 2010

By: */s/* Lisa S. Greif
———————————————
LISA S. GREIF
Attorney for Plaintiffs

## [PROPOSED] ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the case is referred to Magistrate Judge Elizabeth LaPorte.

Dated: 2/17/10

By: _____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Stipulation Regarding Consent to a Magistrate; (Proposed) Order - 3
CASE #: C-09-4780 SBA