LAW OFFICE OF EDWARD M. HIGGINBOTHAM
EDWARD M. HIGGINBOTHAM, ESQ.
SBN 231636
124 Sutter Street, 2nd Floor
San Francisco, CA  94104
(415) 956-1600
(415) 441-3089 – fax

Attorney for Defendant

E-FILING

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, YORK TINKHAM, MONG HA KWONG-CHEUNG, WILLIAM FOSTER, CHI YING LEE, KING MING LEE, CECELIA NELSON, SHIRLEY SMITH and CORNELIUS WEEKLEY
          Plaintiff,

Vs.

MORTIMER HOWARD TRUST,
MORTIMER R. HOWARD and DOES 1-20
          Defendant

Case No.: C-09-4780

SUBSTITUTION OF ATTORNEY

~~(Proposed)~~ ORDER

Judge:  Elizabeth LaPorte

   To the Court and all parties to the matter are hereby notified of a substitution of counsel in the above-entitled caption on behalf of the defendant Mortimer Howard.  All parties have stipulated to such stipulation.

   IT IS HEREBY ORDERED that substitution of counsel is GRANTED.

Dated:  February 25, 2010

_____
Honorable Judge Elizabeth La Porte

ORDER FOR SUBSTITUTION OF ATTORNEY