BAY AREA LEGAL AID
LISA GREIF, State Bar No. 214537
NAOMI YOUNG, State Bar No. 105041
ROBERT P. CAPISTRANO, State Bar No. 70382
1735 Telegraph Avenue
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
      nyoung@baylegal.org
      bcapistrano@baylegal.org

NATIONAL HOUSING LAW PROJECT
JAMES R. GROW, State Bar No. 83548
KENT QIAN, State Bar No. 264944
703 Market Street, Suite 2000
San Francisco, California 94103
Telephone: 415-546-7000
Facsimile: 415 546-7007
Email: jgrow@nhlp.org
      kqian@nhlp.org

Attorneys for Plaintiffs PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, FOSTER, et al.

**E-FILING**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, WILLIAM FOSTER, SHIRLEY SMITH, ISABEL ALLEMAN, FRED ALLEN, CHI CHUNG, VIRGINIA CHUNG, ANAHID ISSAHAKIAN, PATRICIA JOHNSON, MARTIN KOCH, LAWRENCE LEE, KWAN NG, FOSTER REUBEN, MARIA LILLIAN SANCHEZ, CHRISTINE THOMAS, ALISON WRIGHT and CORNELIUS WEEKLEY,<br><br>  Plaintiffs,<br><br>v.<br><br>MORTIMER HOWARD TRUST, MORTIMER R. HOWARD,<br>  Defendants. | Case No. C-09-4780-EDL<br><br>STIPULATION FOR STAY |

Stipulation for Stay - 1

Case No. C-09-4780-EDL

Plaintiffs, Park Village Apartment Tenants Association, et al. (Plaintiffs) and Defendants, Mortimer Howard Trust and Mortimer Howard (Defendants), in the above-entitled action hereby stipulate, by and through respective counsel, to stay any and all action on the claims currently pending in this action, except for settlement discussions or enforcement of the terms of the preliminary injunction, as modified by the Ninth Circuit, until either:

1. Defendants' deadline for filing a petition for *certiorari* in the United States Supreme Court challenging the Ninth Circuit's decision has expired and no petition is filed; or

2. The United States Supreme Court denies the petition for *certiorari* or, if the petition is granted, there is a final disposition by that Court.

RESPECTFULLY SUBMITTED,

BAY AREA LEGAL AID
Lisa S. Greif
Naomi Young
Robert Capistrano

NATIONAL HOUSING LAW PROJECT
James R. Grow
Kent Qian

Dated:  May 6, 2011

/s/ Lisa S. Greif
Lisa S. Greif
Attorneys for Plaintiffs

SWIHART AND ASSOCIATES
Thomas Swihart

Dated:  May 6, 2011

/s/ Thomas M. Swihart
Thomas M. Swihart
Attorneys for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: May 6, 2011

By: /s/ Lisa S. Greif
LISA S. GREIF
Attorneys for Plaintiffs

**ORDER**

Good cause appearing therefore, IT IS SO ORDERED.

DATED: May 10, 2011

_____
Judge Elizabeth D. Laporte
UNITED STATES DISTRICT JUDGE