1 | BAY AREA LEGAL AID
LISA GREIF, State Bar No. 214537
2 | NAOMI YOUNG, State Bar No. 105041
ROBERT P. CAPISTRANO, State Bar No. 70382
3 | 1735 Telegraph Avenue
4 | Oakland, California 94612
Telephone: 510-663-4744
5 | Facsimile: 510-663-4740
6 | Email: lgreif@baylegal.org
        nyoung@baylegal.org
7 |        bcapistrano@baylegal.org

8 | NATIONAL HOUSING LAW PROJECT
9 | JAMES R. GROW, State Bar No. 83548
KENT QIAN, State Bar No. 264944
10 | 703 Market St. Suite 2000
San Francisco, CA 94103
11 | Telephone: 415-546-7000
12 | Facsimile: 415-546-7007
Email: jgrow@nhlp.org
13 |        kqian@nhlp.org
14 | Attorneys for Plaintiffs PARK VILLAGE APARTMENTS TENANTS
ASSOCIATION, FOSTER, et al.

15 |                                                          **E-FILED**

16 |              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
17 |

18 | PARK VILLAGE APARTMENTS          Case No. C-09-4780 EDL
19 | TENANTS ASSOCIATION, WILLIAM
FOSTER, SHIRLEY SMITH, ANAHID    **JOINT REQUEST TO CONTINUE**
20 | ISSAHAKIAN, PATRICIA JOHNSON,   **SETTLEMENT CONFERENCE AND**
MARTIN KOCH, LAWRENCE LEE,       ~~[PROPOSED]~~ **ORDER AS MODIFIED**
21 | FOSTER REUBEN, MARIA LILLIAN
SANCHEZ, ALISON WRIGHT and
22 | CORNELIUS WEEKLEY,

23 |
     Plaintiffs,
24 |

25 | v.

26 | MORTIMER HOWARD TRUST,
MORTIMER R. HOWARD,
27 |

28 |   Defendants.

Plaintiffs, PARK VILLAGE APARTMENT TENANTS ASSOCIATION, et al. (Plaintiffs) and Defendants, MORTIMER HOWARD TRUST and MORTIMER HOWARD (Defendants), in the above-entitled action, by and through respective counsel, hereby request that the settlement conference currently scheduled for Wednesday, April 25, 2012 at 10:30 a.m. with Magistrate Judge Beeler, be continued to one of the alternate dates below.

The reasons for this continuance request include:

1.      The parties are currently engaged in settlement discussions and significant progress has been made toward a final stipulated agreement to make the preliminary injunction upheld by the Ninth Circuit on February 24, 2011 permanent.

2.      This agreement will be a resolution of all issues and will include a dismissal of the case.

3.      The parties agree that only a few negotiation points remain and feel it would be more productive at this time to continue settlement negotiations between themselves with the goal of a final resolution.

Having reviewed the Judge Beeler's calendar for available dates, the parties agree that the following dates are acceptable to them:

Tuesday, May 22, 2012

Wednesday, May 23, 2012

Tuesday, May 29, 2012

Wednesday, May 30, 2012

Additionally, the Defendants answer is currently due the day before the settlement conference, on April 24, 2012. In an effort to use resources wisely, Defendants also request that the deadline for filing the answer also be extended to the day before the reset settlement conference date.

Joint Request to Continue Settlement Conference and [Proposed] Order
- 1
Case No. 09-4780 EDL

1

2

3  RESPECTFULLY SUBMITTED,

BAY AREA LEGAL AID
4      Lisa S. Greif
Naomi Young
5      Robert Capistrano

6      NATIONAL HOUSING LAW PROJECT
James R. Grow
7      Kent Qian

8
Dated:  April 17, 2012          /s/ Lisa S. Greif
9                                _____
Lisa S. Greif
10                               Attorneys for Plaintiffs

11                               SWIHART AND ASSOCIATES
Thomas Swihart
12
Dated:  April 17, 2012          /s/ Thomas M. Swihart
13                               _____
Thomas M. Swihart
14                               Attorneys for Defendants

15

16         I hereby attest that I have on file all holograph signatures for any signatures indicated by a

17  "conformed" signature (/s/) within this efiled document.

18

19  Dated:  April 17, 2012

20                                      By: /s/ Lisa S. Greif
LISA S. GREIF
21                                          Attorneys for Plaintiffs

22

23

24

25

26

27

28

1

2                                    **ORDER**

3   The Court having read and considered the Parties' request to continue the settlement conference

4   and good cause appearing,

5

6          IT IS ORDERED that the settlement conference may be rescheduled to a date in June

7   convenient for Judge Beeler. The parties shall contact Judge Beeler's Courtroom Deputy to obtain

8   a date for the settlement conference. Defendant's answer shall be due the day before the

9   settlement conference.

10

11

12

13  DATED: April 19, 2012



UN_____DGE

Judge Elizabeth D. Laporte

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28