BAY AREA LEGAL AID
LISA GREIF, State Bar No. 214537
NAOMI YOUNG, State Bar No. 105041
ROBERT P. CAPISTRANO, State Bar No. 70382
1735 Telegraph Avenue
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
       nyoung@baylegal.org
       bcapistrano@baylegal.org

NATIONAL HOUSING LAW PROJECT
JAMES R. GROW, State Bar No. 83548
KENT QIAN, State Bar No. 264944
703 Market St. Suite 2000
San Francisco, CA 94103
Telephone: 415-546-7000
Facsimile: 415-546-7007
Email: jgrow@nhlp.org
       kqian@nhlp.org
Attorneys for Plaintiffs PARK VILLAGE APARTMENTS TENANTS
ASSOCIATION, FOSTER, et al.

**E-FILED**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, WILLIAM FOSTER, SHIRLEY SMITH, ANAHID ISSAHAKIAN, PATRICIA JOHNSON, MARTIN KOCH, LAWRENCE LEE, FOSTER REUBEN, MARIA LILLIAN SANCHEZ, ALISON WRIGHT and CORNELIUS WEEKLEY,<br><br>  Plaintiffs,<br><br>v.<br><br>MORTIMER HOWARD TRUST, MORTIMER R. HOWARD,<br><br>  Defendants. | Case No. C-09-4780 EDL<br><br>**JOINT REQUEST TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs, PARK VILLAGE APARTMENT TENANTS ASSOCIATION, et al. (Plaintiffs) and Defendants, MORTIMER HOWARD TRUST and MORTIMER HOWARD (Defendants), in the above-entitled action, by and through respective counsel, hereby request that the settlement conference with Magistrate Judge Beeler, be continued to June 22, 2012 at 9:30 a.m.

The reasons for this continuance request include:

1. The parties are currently engaged in settlement discussions and significant progress has been made toward a final stipulated agreement to make the preliminary injunction upheld by the Ninth Circuit on February 24, 2011 permanent.

2. This agreement will be a resolution of all issues and will include a dismissal of the case.

3. The parties agree that only a few negotiation points remain and feel it would be more productive at this time to continue settlement negotiations between themselves with the goal of a final resolution.

Additionally, Defendants also request that the deadline for filing the answer also be extended to June 21, 2012, the day before the reset settlement conference date.

RESPECTFULLY SUBMITTED,

BAY AREA LEGAL AID
Lisa S. Greif
Naomi Young
Robert Capistrano

NATIONAL HOUSING LAW PROJECT
James R. Grow
Kent Qian

Dated: 5/16/2012            /s/ Lisa S. Greif
                            Lisa S. Greif
                            Attorneys for Plaintiffs

|   |   |
|---|---|
|   | SWIHART AND ASSOCIATES<br>Thomas Swihart |
| Dated: 5/15/2012 | /s/ Thomas M. Swihart<br>Thomas M. Swihart<br>Attorneys for Defendants |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: 5/16/2012

By: /s/ Lisa S. Greif
LISA S. GREIF
Attorneys for Plaintiffs

Joint Request to Continue Settlement Conference and [Proposed] Order
- 2 -
Case No. 09-4780 EDL

**ORDER**

The Court having read and considered the Parties' request to continue the settlement conference and good cause appearing,

IT IS ORDERED that the request is granted.

The settlement conference will be reschedule to __June 22, 2012 at 9:30 a.m__ and Defendants' answer will be due on __June 21, 2012__.

```
The Notice and Scheduling Order issued on January 24, 2012, Docket No.84
remains in affect.
```

DATED: May 17, 2012

_____
UNITED STATES DISTRICT JUDGE
Laurel Beeler