1  BAY AREA LEGAL AID
   LISA GREIF, State Bar No. 214537
2  NAOMI YOUNG, State Bar No. 105041
3  ROBERT P. CAPISTRANO, State Bar No. 70382
   1735 Telegraph Avenue
4  Oakland, California 94612
   Telephone: 510-663-4744
5  Facsimile: 510-663-4740
6  Email: lgreif@baylegal.org
          nyoung@baylegal.org
7         bcapistrano@baylegal.org
8
   NATIONAL HOUSING LAW PROJECT
9  JAMES R. GROW, State Bar No. 83548
   KENT QIAN, State Bar No. 264944
10 703 Market St. Suite 2000
11 San Francisco, CA 94103
   Telephone: 415-546-7000
12 Facsimile: 415-546-7007
   Email: jgrow@nhlp.org
13        kqian@nhlp.org
14 Attorneys for Plaintiffs PARK VILLAGE APARTMENTS TENANTS
   ASSOCIATION, FOSTER, et al.

15                                                              **E-FILED**

16                       **UNITED STATES DISTRICT COURT**
                         **NORTHERN DISTRICT OF CALIFORNIA**
17

18 | PARK VILLAGE APARTMENTS              | Case No. C-09-4780 EDL
19 | TENANTS ASSOCIATION, WILLIAM
   | FOSTER, SHIRLEY SMITH, ANAHID        | **JOINT REQUEST TO CONTINUE**
20 | ISSAHAKIAN, PATRICIA JOHNSON,        | **SETTLEMENT CONFERENCE AND**
   | MARTIN KOCH, LAWRENCE LEE,           | **[PROPOSED] ORDER**
21 | FOSTER REUBEN, MARIA LILLIAN
22 | SANCHEZ, ALISON WRIGHT and
   | CORNELIUS WEEKLEY,
23
24   Plaintiffs,

25 v.

26 MORTIMER HOWARD TRUST,
   MORTIMER R. HOWARD,
27
28   Defendants.

Plaintiffs, PARK VILLAGE APARTMENT TENANTS ASSOCIATION, et al. (Plaintiffs) and Defendants, MORTIMER HOWARD TRUST and MORTIMER HOWARD (Defendants), in the above-entitled action, by and through respective counsel, hereby request that the settlement conference with Magistrate Judge Beeler, be continued to a date to be determined by the Court's availability. In an effort to assist the Court and allow sufficient time to come to a final resolution on the remaining issues in the case, the parties would prefer to have the settlement conference reset to a date in August 2012, if possible.

The reasons for this continuance request include:

1.  The parties are currently engaged in settlement discussions and significant progress has been made toward a final stipulated agreement to make the preliminary injunction upheld by the Ninth Circuit on February 24, 2011 permanent.

2.  This agreement will be a resolution of all issues and will include a dismissal of the case.

3.  The parties agree that only a few negotiation points remain and feel it would be more productive at this time to continue settlement negotiations between themselves with the goal of a final resolution.

Having reviewed the Judge Beeler's calendar for available dates, the parties agree that the following dates are acceptable to them:

Monday, August 6, 2012

Tuesday, August 7, 2012

Thursday August 9, 2012

Additionally, Defendants also request that the deadline for filing the answer also be extended to the day before the reset settlement conference date.

RESPECTFULLY SUBMITTED,
                                        BAY AREA LEGAL AID
                                        Lisa S. Greif

Joint Request to Continue Settlement Conference and [~~Proposed~~] Order
- 1
Case No. 09-4780 EDL

|   |   |
|---|---|
| 1 | Naomi Young |
| 2 | Robert Capistrano |
| 3 | NATIONAL HOUSING LAW PROJECT |
|   | James R. Grow |
| 4 | Kent Qian |

Dated: June 8, 2012        /s/ Lisa S. Greif
                           _____
                           Lisa S. Greif
                           Attorneys for Plaintiffs


SWIHART AND ASSOCIATES
Thomas Swihart

Dated:  June 8, 2012       /s/ Thomas M. Swihart
                           _____
                           Thomas M. Swihart
                           Attorneys for Defendants


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 8.2012

                                    By: /s/ Lisa S. Greif
                                        _____
                                        LISA S. GREIF
                                        Attorneys for Plaintiffs

**ORDER**

The Court having read and considered the Parties' request to continue the settlement conference and good cause appearing,

IT IS ORDERED that the request is granted.

The settlement conference will be reschedule to ___August 7, 2012 at 10:30 a.m.___ and Defendants' answer will be due on ___August 6, 2012___.

The Settlement Conference Order issued on January 24, 2012, ECF No. 84 remains in affect.

DATED: ___June 18, 2012___

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

Joint Request to Continue Settlement Conference and ~~[Proposed]~~ Order
- 3 -
Case No. 09-4780 EDL