1

BAY AREA LEGAL AID
LISA GREIF, State Bar No. 214537

2

NAOMI YOUNG, State Bar No. 105041
ROBERT P. CAPISTRANO, State Bar No. 70382

3

1735 Telegraph Avenue

4

Oakland, California 94612
Telephone: 510-663-4744

5

Facsimile: 510-663-4740

6

Email: lgreif@baylegal.org
       nyoung@baylegal.org

7

       bcapistrano@baylegal.org

8

NATIONAL HOUSING LAW PROJECT

9

JAMES R. GROW, State Bar No. 83548
KENT QIAN, State Bar No. 264944

10

703 Market St. Suite 2000

11

San Francisco, CA 94103
Telephone: 415-546-7000

12

Facsimile: 415-546-7007
Email: jgrow@nhlp.org

13

       kqian@nhlp.org

14

Attorneys for Plaintiffs PARK VILLAGE APARTMENTS TENANTS
ASSOCIATION, FOSTER, et al.

15

**E-FILED**

16

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

17

18

PARK VILLAGE APARTMENTS

Case No. C-09-4780 EDL

19

TENANTS ASSOCIATION, WILLIAM
FOSTER, SHIRLEY SMITH, ANAHID

**JOINT REQUEST TO CONTINUE**

20

ISSAHAKIAN, PATRICIA JOHNSON,
MARTIN KOCH, LAWRENCE LEE,

**SETTLEMENT CONFERENCE AND**
**[PROPOSED] ORDER**

21

FOSTER REUBEN, MARIA LILLIAN
SANCHEZ, ALISON WRIGHT and

22

CORNELIUS WEEKLEY,

23

  Plaintiffs,

24

25

v.

26

MORTIMER HOWARD TRUST,
MORTIMER R. HOWARD,

27

28

  Defendants.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs, PARK VILLAGE APARTMENT TENANTS ASSOCIATION, et al. (Plaintiffs) and Defendants, MORTIMER HOWARD TRUST and MORTIMER HOWARD (Defendants), in the above-entitled action, by and through respective counsel, hereby request that the August 7, 2012 settlement conference with Magistrate Judge Beeler, be continued to a date to be determined by the Court's availability. In an effort to assist the Court and allow sufficient time to come to a final resolution on the remaining issues in the case, the parties would prefer to have the settlement conference reset to a date in September 2012, if possible.

The reasons for this continuance request include:

1.      The parties are currently engaged in settlement discussions and significant progress has been made toward a final stipulated agreement to make the preliminary injunction upheld by the Ninth Circuit on February 24, 2011 permanent.

2.      This agreement will be a resolution of all issues and will include a dismissal of the case.

3.      In order to facilitate the settlement negotiations Defendants have propounded some discovery on Plaintiffs which is currently due after the currently scheduled settlement conference on August 7, 2012. Since responses to the special interrogatories and request for production may resolve some of the remaining issues, the parties feel that it would be more productive at this time to continue settlement negotiations between themselves with the goal of a final resolution.

Having met and conferred, the parties agree that the following dates are acceptable to them:

Wednesday, September 19, 2012

Monday, September 24, 2012

Thursday, September 27, 2012

Additionally, Defendants also request that the deadline for filing the answer also be extended to the day before the reset settlement conference date.

1    RESPECTFULLY SUBMITTED,

2                                              BAY AREA LEGAL AID
                                               Lisa S. Greif
3                                              Naomi Young
                                               Robert Capistrano

4                                              NATIONAL HOUSING LAW PROJECT
                                               James R. Grow
5                                              Kent Qian

6
     Dated: August 1, 2012                      /s/ Lisa S. Greif
7                                              _____
                                               Lisa S. Greif
8                                              Attorneys for Plaintiffs

9

10                                             SWIHART AND ASSOCIATES
                                               Thomas M. Swihart
11

12                                             /s/ Thomas M. Swihart
     Dated:  August 1, 2012                    _____
                                               Thomas M. Swihart
13                                             Attorney for Defendants

14

15        I hereby attest that I have on file all holograph signatures for any signatures indicated by a

16   "conformed" signature (/s/) within this efiled document.

17

18   Dated: August 1, 2012

19                                            By:  /s/ Lisa S. Greif
                                                  _____
20                                                 LISA S. GREIF
                                                   Attorney for Plaintiffs

21

22

23

24

25

26

27

28

Joint Request to Continue Settlement Conference and [Proposed] Order
- 2

1

**ORDER**

2

3

   The Court having read and considered the Parties' request to continue the settlement

4

conference and good cause appearing,

5

   IT IS ORDERED that the request is granted.

6

   The settlement conference will be reschedule to <u>October 12, 2012 at 9:30 a.m</u> and

7

   Defendants' answer will be due on <u>October 11, 2012</u>.

8

   The Settlement Conference Order issued on January 24, 2012, ECF Number 84
   remains in affect.

9

10

DATED:<u>August 3, 2012</u>                    _____

11

                              UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Request to Continue Settlement Conference and [Proposed] Order
- 3 -