BAY AREA LEGAL AID
LISA GREIF, State Bar No. 214537
NAOMI YOUNG, State Bar No. 105041
ROBERT P. CAPISTRANO, State Bar No. 70382
1735 Telegraph Avenue
Oakland, California 94612
Telephone: 510-663-4744
Facsimile: 510-663-4740
Email: lgreif@baylegal.org
　　　　nyoung@baylegal.org
　　　　bcapistrano@baylegal.org

NATIONAL HOUSING LAW PROJECT
JAMES R. GROW, State Bar No. 83548
KENT QIAN, State Bar No. 264944
703 Market St. Suite 2000
San Francisco, CA 94103
Telephone: 415-546-7000
Facsimile: 415-546-7007
Email: jgrow@nhlp.org
　　　　kqian@nhlp.org

Attorneys for Plaintiffs PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, FOSTER, et al.

**E-FILED**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARK VILLAGE APARTMENTS TENANTS ASSOCIATION, WILLIAM FOSTER, SHIRLEY SMITH, ANAHID ISSAHAKIAN, PATRICIA JOHNSON, MARTIN KOCH, LAWRENCE LEE, FOSTER REUBEN, MARIA LILLIAN SANCHEZ, ALISON WRIGHT and CORNELIUS WEEKLEY, <br><br> Plaintiffs, <br><br> v. <br><br> MORTIMER HOWARD TRUST, MORTIMER R. HOWARD, <br><br> Defendants. | Case No. C-09-4780 EDL <br><br> **STIPULATION TO MODIFY TRIAL PREPARATION SCHEDULE AND TRIAL; [PROPOSED] ORDER** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiffs, PARK VILLAGE APARTMENT TENANTS ASSOCIATION, et al. (Plaintiffs) and Defendants, MORTIMER HOWARD TRUST and MORTIMER HOWARD (Defendants), in the above-entitled action, by and through respective counsel, hereby request that the Parties' Stipulation to Modify Trial Preparation Schedule and Trial and the Court Order dated June 11, 2012 (Document #96) be modified to accommodate the ongoing settlement discussions between the parties. The current Order establishes the following schedule:

| | |
|---|---|
| Non-expert discovery cut-off: | August 14, 2012 |
| Initial expert disclosure deadline: | September 28, 2012 |
| Rebuttal expert disclosure: | October 12, 2012 |
| Expert discovery cut-off: | October 31, 2012 |
| Dispositive motion filing deadline: | August 28, 2012 |
| Hearing of dispositive motions: | October 2, 2012 |
| Pre-trial conference: | December 18, 2012 at 2:00 p.m. |
| Trial: | January 14, 2013 at 8:30 a.m. |

A Settlement Conference is currently scheduled for August 7, 2012 at 10:30 a.m. with Magistrate Judge Beeler. Four continuances of the Settlement Conference have been granted by the Court in recognition of the parties continuing progress toward a negotiated settlement. In an effort to continue the discussions and build on the progress already made, the parties are also requesting in a separately filed request that the currently scheduled settlement conference be continued.

As part of the productive settlement negotiations to date, Defendants have propounded discovery on Plaintiffs with the goal of resolving some factual issues and with the hope of bringing final resolution to the case. In order to continue the substantial progress made to date, the parties propose the following modification of the trial preparation and trial schedule:

| | |
|---|---|
| Non-expert discovery cut-off: | September 7, 2012 |
| Initial expert disclosure deadline: | October 12, 2012 |
| Rebuttal expert disclosure: | October 26, 2012 |
| Expert discovery cut-off: | November 9, 2012 |

| | | | |
|---|---|---|---|
| 1 | Dispositive motion filing deadline: | | October 9, 2012 |
| 2 | Hearing of dispositive motions: | | November 13, 2012 |
| 3 | Pre-trial conference: | January 22, 2013, 2:00 p.m. | ~~TBD by Court's schedule~~ |
| 4 | Trial: | February 11, 2013, 8:30 a.m. | ~~TBD by Court's schedule~~ |

RESPECTFULLY SUBMITTED,

        BAY AREA LEGAL AID
        Lisa S. Greif
        Naomi Young
        Robert Capistrano

        NATIONAL HOUSING LAW PROJECT
        James R. Grow
        Kent Qian

Dated: August 1, 2012        /s/ Lisa S. Greif
                                          Lisa S. Greif
                                          Attorneys for Plaintiffs


        SWIHART AND ASSOCIATES
        Thomas M. Swihart

Dated: August 1, 2012        /s/ Thomas M. Swihart
                                          Thomas M. Swihart
                                          Attorney for Defendants


    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.


Dated: August 1, 2012

                                            By: /s/ Lisa S. Greif
                                                    LISA S. GREIF
                                                    Attorney for Plaintiffs

1
2
3    **ORDER**
4
5    Good cause appearing therefore, IT IS SO ORDERED.
6
7
8    DATED: August 1, 2012
9                                                    UNITED ST...
10
11

IT IS SO ORDERED AS MODIFIED

Judge Elizabeth D. Laporte